MICHAEL ARATA, ESQ.
Nevada Bar No. 11902
E-mail: marata@hkm.com
HKM EMPLOYMENT ATTORNEYS LLP
101 Convention Center Drive, Suite 600
Las Vegas, Nevada 89109
Tel: (702) 577-3029
Fax: (702) 577-3029
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MESSERSCHMITT, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTRESS FIRM, INC.; a Foreign Corporation, and DOES 1-50, inclusive; and ROE CORPORATIONS 1-50, inclusive,<br><br>Defendant. | CASE NO.: 3:24-cv-00191-CSD<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Plaintiff John Messerschmitt ("Plaintiff") and Mattress Firm, Inc. ("Defendant") hereby agree and stipulate to the dismissal of this action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rule of Civil Procedure. This dismissal is made with prejudice, and each party bearing its own attorneys' fees and costs.

Dated: December 9, 2024.

| HKM EMPLOYMENT ATTORNEYS, LLP | FISHER & PHILLIPS LLP |
|---|---|
| /s/ Michael Arata<br>MICHAEL ARATA, ESQ.<br>Nevada Bar No. 11902<br>E-mail: marata@hkm.com<br>101 Convention Center Drive, Suite 600<br>Las Vegas, Nevada 89109<br>Tel: (702) 577-3029<br>Fax: (702) 577-3029<br>*Attorneys for Plaintiff* | /s/ Elizabeth Anne Hanson<br>DAVID B. DORNAK, ESQ.<br>Nevada Bar No. 6274<br>ELIZABETH A. HANSON, ESQ.<br>Nevada Bar No. 16249<br>300 S. Fourth Street, Suite 1500<br>Las Vegas, Nevada 89101<br>Telephone: (702) 252-3131<br>*Attorneys for Defendant* |

*JOHN MESSERSCHMITT v. MATTRESS FIRM, INC. / CASE NO.: 3:24-cv-00191-CSD*
*STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE*

ORDER

IT IS SO ORDERED:



UNITED STATES MAGISTRATE JUDGE
CASE NO.: 3:24-cv-00191-CSD

DATED: December 10, 2024